# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 06-cr-00355-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM WRIGHT,

    Defendant.

## MINUTE ORDER[1]

On December 28, 2011, the probation officer and counsel for the parties appeared in chambers requesting a hearing on supervised release violations. After conferring with counsel and by agreement of all,

**IT IS ORDERED** as follows:

1. That a Hearing on Supervised Release Violations is set for Friday, **February 10, 2012, at 8:30 a.m.**, at which counsel and the defendant shall appear without further notice or order; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: December 28, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.