**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 06-cr-00355-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM WRIGHT,

    Defendant.

## MINUTE ORDER[1]

    In accordance with the court's order entered in open court on March 14, 2012, in Criminal Case No. 11-cr-00478-REB, a hearing on Violations of Supervised Release is set for **June 22, 2012, at 11:00 a.m.**, at which counsel and the defendant shall appear without further notice or order; provided furthermore, that to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant.

    Dated: March 14, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.